UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO FLOOD BUSTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLOOD MASTERS, INC., a California corporation. <br><br> Defendant. | CASE NO. 2:16-cv-03193-DSF-JEM |

## JUDGMENT AND PERMANENT INJUNCTION

Defendant Flood Masters, Inc. having defaulted in this action and the Court having found that entry of judgment by default is proper, it is ordered that Plaintiff recover its attorney fees of $5,850.00 and costs of $495.00 and that injunctive relief be provided as follows:

   a.   Defendant and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, are restrained from:

   i.   Using in any manner the Flood Masters® mark, or any name, mark or domain name that wholly incorporates the Flood Masters® mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, FLOOD MASTERS *Expert*;

ii. Using or displaying the Flood Masters® logo on any websites, products, vehicles or promotional materials in any false and/or deceptive manner;

iii. Committing any acts that will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute the distinctive quality of the Flood Masters® mark; and,

iv. Making any representations, express or implied, that Flood Masters® is affiliated with or sponsors or approves of Defendant or its products or services.

b. Defendant is to file, within thirty days of being served with this judgment, a declaration with the Court signed under penalty of perjury certifying the manner in which Defendant has complied with the terms of the injunction.

Date: 4/19/17 _____

*Dale S. Fischer*